[2 NE3d 925, 979 NYS2d 557]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v QUENTIN A. SIMS, Appellant.

Decided November 26, 2013

---

### APPEARANCES OF COUNSEL

*Legal Aid Bureau of Buffalo, Inc.*, Buffalo (*Robert L. Kemp* of counsel), for appellant.

*Frank A. Sedita, III, District Attorney*, Buffalo (*Nicholas T. Texido* of counsel), for respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), appeal dismissed upon the ground that the reversal by the Appellate Division was not "on the law alone or upon the law and such facts which, but for the determination of law, would not have led to reversal" (CPL 450.90 [2] [a]).

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM.